NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JORGE LEYVA,                              )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-3938
                                          )
STEPHANIE TORRES,                         )
                                          )
            Appellee.                     )
                                          )
_____   )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for
Hillsborough County; Richard A. Weis,
Judge.

Michael A. Giasi of Giasi Law, P.A., Tampa,
for Appellant.

No appearance for Appellee.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and KELLY and BLACK, JJ., Concur.